IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CR 11-904 JB |
| ) | |
| LAURIE CHAPMAN, ) | |
| ) | |
| Defendant. ) | |

**CONSENT ORDER OF FORFEITURE (MONEY JUDGMENT)**

WHEREAS, the defendant, **LAURIE CHAPMAN**, entered a plea of guilty to Counts 1 through 30 of the Indictment (Doc. 2 ) charging her with theft or bribery concerning programs receiving Federal funds and aiding and abetting in violation of 18 U.S.C. §§ 666(a)(1)(B) and 2;

WHEREAS, in pleading guilty to the entire Indictment, the defendant agreed to forfeit $237,080.00 representing the proceeds of her offense, to the United States in the form of a money judgment ("the Subject Property");

WHEREAS, the defendant agrees that entry of this Order shall be made a part of the sentence in or out of the presence of the defendant and be included in the judgment in this case without further order of the Court and without further notice to the defendant;

WHEREAS, the defendant is not aware of any other persons or entities who may have an interest in the Subject Property;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Pursuant 21 U.S.C. § 853, 28 U.S.C. § 2461(c), 18 U.S.C. § 3554, and Rule 32.2(b)(1) and (c)(1), Federal Rules of Criminal Procedure, the Subject Property is hereby forfeited to the

United States.

2. Upon the entry of this Order, in accordance with Fed. R. Crim. P. 32.2(b)(3), the Attorney General (or a designee) is authorized to seize the Subject Property, and to conduct any discovery that may assist in identifying, locating or disposing of the Subject Property, any property traceable thereto, or any property that may be forfeited as substitute assets.

3. This Consent Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment. Fed. R. Criminal. P. 32.2(b)(3), (c)(1), and (c)(2).

4. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e) if the United States locates specific assets traceable to the Subject Property or other assets subject to forfeiture as substitute assets pursuant to 21 U.S.C. § § 853(p).

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

  *Electronically submitted 7/29/11*
TARA C. NEDA
CYNTHIA L. WEISMAN
Assistant United States Attorneys

APPROVED BY:

   /s/ *Laurie Chapman*
LAURIE CHAPMAN, Defendant

   /s/
JACQUELYN ROBINS
Attorney for the Defendant